

United States Department of Justice

*United States Attorney*
*Northern District of New York*

*445 Broadway, Room 218*　　　　　*Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*　　*Fax: (518) 431-0249*
*Albany, New York 12207-2924*

December 6, 2023

**By ECF**

Hon. Anne M. Nardacci
U.S. District Judge
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

     RE:    *United States v. Scarlet Shadows*, No. 1:23-CR-124 (AMN) (N.D.N.Y.)

Dear Judge Nardacci:

    I write to respectfully request that the deadline for sentencing memos in the above-referenced proceeding, currently set for December 8, 2023 (Dkt. # 45), be adjourned to December 15, 2023. Earlier today, new defense counsel asked me to make this request based on his need for additional time to prepare a sentencing submission. I am respectfully requesting an adjournment to the deadline for the government's sentencing submission as well so that any issues raised by new defense counsel in his evaluation of the final presentence investigation report can be discussed among the parties prior to raising them with the Court.

    I thank the Court for its attention to this matter.

                                         Respectfully submitted,

                                         CARLA B. FREEDMAN
                                         United States Attorney

               By:    _____
                                       Joshua R. Rosenthal
                                         Assistant United States Attorney
                                         Bar Roll No. 700730

cc:  Mark J. Sacco, Esq. (by ECF)
      USPO Kristen L. Bent (by Email)